ACCEPTED
01-15-00373-cv
FIRST COURT OF APPEALS
HOUSTON, TEXAS
5/28/2015 10:37:39 AM
CHRISTOPHER PRINE
CLERK



EMILY YURAS

emily@hopkinswilliams.com

May 28, 2015

FILED IN
1st COURT OF APPEALS
HOUSTON, TEXAS

5/28/2015 10:37:39 AM

CHRISTOPHER A. PRINE
Clerk

**Via Pro-Doc**
Court of Appeals First District
Christopher A. Prine
Clerk of the Court

RE:     **CASE NO. 01-15-00373-CV**; *Mary Rust v. Bank of America, N.A.*, in the First
District Court of Appeals.

**H609-12**

Dear Christopher:

I would like to request a copy of the court reporter's record that was filed in the above-referenced cause. Please send via FedEx (account # entered within the comments for the clerk) to the address listed below. I appreciate your assistance. Please call if you have any questions regarding this request (512) 600-4320.

Hopkins & Williams, PLLC
Attention: Emily K. Yuras
12117 Bee Cave Road, Suite 260
Austin, TX 78738

Sincerely,

*/s/ Emily K. Yuras*_____
Emily K. Yuras, Legal Assistant to
HOPKINS & WILLIAMS, PLLC

cc.

**Via e-service**
David Rogers
firm@darogerslaw.com

---

t 512-600-4320 | www.hopkinswilliams.com
f 512-600-4326 | 12117 Bee Caves Road, Suite 260, Austin, TX 78738